JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JILL CROCKER, an individual;<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROKSTAD POWER, INC., a California Corporation; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 5:23-cv-01565-SSS (SPx)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: July 27, 2023<br>Trial Date:　　　November 18, 2024<br>District Judge:　Hon. Sunshine Suzanne Sykes<br>Magistrate Judge: Hon. Sheri Pym |

1   On September 5, 2024, Defendant ROKSTAD POWER, INC. ("Defendant") and Plaintiff JILL CROCKER ("Plaintiff") (collectively, the "Parties") filed a Stipulation and Order for Dismissal with Prejudice of the matter *Jill Croker v. Rokstad Power, Inc.* (Case No. 5:23-cv-01565-SSS(SPx)) and all claims stated therein against all parties, with each party to bear its own attorneys' fees and costs.

The Court, having considered the Parties' Stipulation to Dismiss with Prejudice finding good cause, hereby **GRANTS** the Stipulation to Dismiss with Prejudice and orders the dismissal of the abovementioned matter with prejudice in its entirety.

**IT IS SO ORDERED.**

Date: September 9, 2024

_____
SUNSHINE S. SYKES
United States District Judge